AUSA:   Susan Fairchild          Telephone:  (313) 226-9577
AO 91 (Rev. 11/11)  Criminal Complaint          Officer:          Joshua  Maxwell          Telephone:  (313) 393-4757

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
  v.

Erwin MARCELINO CLIMACO, a/k/a Josue MARCELINO,

Case No.    2:26-mj-30068
Judge: Unassigned,
Filed: 02-10-2026 At 03:27 PM
CMP USA V. MARCELINO CLIMACO (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 9, 2026_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Maxwell, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___February 10, 2026___

City and state: ___Detroit, MI___

_____
*Judge's signature*

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

The affiant being duly deposed and sworn states:

1.      I, Joshua R. Maxwell, am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for over twenty-five years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the reentry of illegal aliens and I have received training in this area. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and my personal knowledge. I have also reviewed material from the official Immigration file and system automated data relating to Erwin MARCELINO CLIMACO, a/k/a Josue Marcelino. I have not included every fact known to law enforcement related to this investigation.

2.      MARCELINO CLIMACO is a twenty-two-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3.      On or about October 24, 2022, MARCELINO CLIMACO was apprehended by the United States Border Patrol (USBP) at or near Eloy, Arizona, for entering the United States without inspection in violation of Sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (INA). MARCELINO CLIMACO was served with an

1

Expedited Order of Removal, via Form I-860. MARCELINO CLIMACO was physically removed from the United States to Mexico on November 3, 2022.

4.     On or about October 8, 2023, MARCELINO CLIMACO was arrested by the New York Police Department for obstruct govt administration - 2nd degree, disorderly conduct: fight/violent behavior, and general violation of local law. MARCELINO CLIMACO used the alias name of Josue MARCELINO in that arrest. Disposition unknown.

5.     On February 9, 2026, at approximately 7:16 pm, at the Detroit Ambassador Bridge, Detroit, Michigan, Customs and Border Protection Officers (CBPO), apprehended MARCELINO CLIMACO, after the vehicle he was a passenger in got lost while attempting to find a bank in Detroit. MARCELINO CLIMACO's prior order of removal was reinstated, via Form I-871.

6.     The aforementioned apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

7.     MARCELINO CLIMACO's fingerprints and photograph were captured and entered into the IDENT and IAFIS systems.  The results revealed that MARCELINO CLIMACO, is a citizen of Mexico who has previously been removed from the United States.  The record checks reveal that no record

exists of MARCELINO CLIMACO obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about November 3, 2022.

8.     Based upon the above facts, I have probable cause to believe that on or about February 9, 2026, in the Eastern District of Michigan, Southern Division, Erwin MARCELINO CLIMACO, a/k/a Josue Marcelino, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about November 3, 2022, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8 United States Code, Section 1326(a).

_____

*Complainant's signature*

Joshua Maxwell, CBP Enforcement Officer

*Printed name and title*

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date:    February 10, 2026

3